IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| SHANE ROGERS BEGLEY, | * | |
| Plaintiff, | * | |
| v. | * | CV 125-174 |
| FRANK BISIGNANO, Commissioner of Social Security, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is the Commissioner of Social Security's ("Commissioner") motion for entry of judgment and remand. (Doc. 12.) The Commissioner moves the Court to reverse and remand this case pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Id. at 1.) Under that sentence, the Court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents "the case will be remanded to an administrative law judge who will offer the Plaintiff an opportunity for a hearing and issue a new decision." (Doc. 12, at 1.) The Commissioner also represents Plaintiff's counsel does not oppose the motion. (Id. at 2.)

1

Upon due consideration, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's motion to remand (Doc. 12) is **GRANTED**. The Commissioner's decision is **REVERSED**, and this action is **REMANDED** to the Commissioner for further proceedings. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Plaintiff, **TERMINATE** all pending motions and deadlines, if any, **REMAND** this action to the Commissioner, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA